# United States District Court

__MIDDLE__ DISTRICT OF __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

AUGUSTO C. RODRIGUEZ

**WARRANT FOR ARREST**

CASE NUMBER: *05mj-28* (handwritten)

To: The United States Marshal and
any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Augusto C. Rodriguez__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with unlawfully seize, confine, infeigle, kidnap, and carry away and hold Epifania Dejesus for ransom and reward, and otherwise, and Dejesus was willfully transported in interstate commerce from the Middle District of Pennsylvania to Florida, in violation of Title 18, United States Code, Section(s) 1201.

J. ANDREW SMYSER

Signature of Judicial Officer

U.S. MAGISTRATE JUDGE

April 21, 2005, HARRISBURG, PA
Date and Location

Bail fixed at $ _____ by _____
<br>Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ <br><br> _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |